UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BETTY LOU GARNER,<br><br>                Plaintiff,<br><br>   vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Defendant. | 4:20-CV-04182-KES<br><br>JUDGMENT |

Under the court's order dismissing the case, it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice, with the parties to bear their own costs, expenses, and attorney's fees.

Dated October 26, 2021.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE